No. 81–1878. WILLIAMS *v.* CHEETWOOD & DAVIES ET AL. Appeal from Ct. App. Ohio, Wood County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–6220. BEACH *v.* FLORIDA BAR. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1882. TOWN OF CHINO VALLEY ET AL. *v.* CITY OF PRESCOTT. Appeal from Sup. Ct. Ariz. Motion of Arizona for leave to intervene as a party appellee granted. Appeal dimissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this case.

No. 81–1974. BURLINGTON NORTHERN INC. *v.* HENRY, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRY, ET AL. Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction.

No. 81–6294. ROBINSON *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.